# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 5/7/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 11:13:46 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS**

TO:        1ST COURT OF APPEALS

From:    Deputy Clerk: MICHELLE LOPEZ
         Chris Daniel, District Clerk
         Harris County, T E X A S

**CAUSE:    2013-29901a**

**VOLUME ____    PAGE ____    OR    IMAGE # 65270328**

**DUE 7/3/2015        ATTORNEY 10117950**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 1ST**

**DATE JUDGMENT SIGNED:    5/4/2015**

**MOTION FOR NEW TRIAL DATE FILED    N/A**

**REQUEST TRANSCRIPT DATE FILED        N/A**

**NOTICE OF APPEAL DATE FILED        5/6/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )  60**

**FILE ORDERED:  YES ☐    NO ☒    IMAGED FILED:  YES ☒    NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By: /s/ MICHELLE LOPEZ
      **MICHELLE LOPEZ, Deputy**

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D      ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

NO. 2013-29901-A

| | | |
|---|---|---|
| MARY M. IACONO | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| VS | § | HARRIS COUNTY, T E X AS |
| | § | |
| . | § | |
| OMNI HOTELS MANAGEMENT CORP. | § | 215TH JUDICIAL DISTRICT |

## PLAINTIFF MARY IACONO'S NOTICE OF APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1, Plaintiff Mary Iacono files this notice of appeal.

1.    This appeal is taken from cause number 2013-29901-A  in the 215th Judicial District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.

2.    The style of the case is Mary Iacono vs Omni Hotels Management Corp., Stanley Black & Decker, Inc. and Stanley Access Technologies LLC; Cause No. 2013-29901-A

3.    The Plaintiff Mary Iacono desires to appeal the trial court's granting of Defendants' Stanley Black & Decker, Inc. and Stanley Access Technologies LLC First Amended Partial Motion for Summary Judgment, by orders signed on January 16, 2015 and February 16, 2015.

4.    This appeal is taken to the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

The Law Offices of Hugh J. Howerton P.L.L.C.

*-S- Hugh J. Howerton*
Hugh J. Howerton
TBA No. 10117950
13030 Rummel Creek
Houston, Texas 77079
(713) 984-9848
(713) 984-8894 (fax)

e-mail:hjhowerton@comcast.net
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by fax on May 6, 2015.

*-S- Hugh J. Howerton*
Hugh J. Howerton

Clerk, First Court of Appeals
1307 San Jacinto, 10th Floor
Houston, Texas 77002

Clerk, Fourteenth Court of Appeals
1307 San Jacinto 11th Floor
Houston, Texas 77002

R.Clay Hoblit
Hoblit Ferguson Darling LLP
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78401
Via fax

George P. Pappas
Sheehy, Ware & Pappas, P.C.
2500 Two Houston Center
909 Fannin Houston, Texas 77010
Via fax

5/2/2015 1:00:45 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5128338
By: JEANETTA SPENCER
Filed: 5/4/2015 12:00:00 AM

**CAUSE NO. 201329901**

| | | |
|---|---|---|
| MARY M. IACONO | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OMNI HOTELS MANAGEMENT | § | |
| CORPORATION, STANLEY BLACK | § | |
| & DECKER INC. AND STANLEY | § | |
| ACCESS TECHNOLOGIES, LLC. | § | 215TH DISTRICT COURT |

## SECOND AMENDED ORDER OF SEVERANCE AND FINAL JUDGMENT AS TO STANLEY

On this the ___ 1st day of May, 2015, came on to be heard the Plaintiff's Motion to Sever, Stay Proceedings, and for Entry of Final Judgment as to Claims Against Stanley, filed by Plaintiff Mary M. Iacono ("Iacono"). The Court having reviewed the Motion to Sever, the Orders in issue, any response to the motion, and the pleadings, finds that the motion is in all things good and should be GRANTED. Accordingly,

IT IS THEREFORE ORDERED that the claims for damages asserted by Plaintiff as to Defendants Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC (collectively "Stanley") are hereby severed. Claims raised against Stanley are to be made the subject of a separate action under Cause No. 2013-29901-A, effective on today's date.

IT IS FURTHER ORDERED that all documents are to remain in Cause No. 2013-29901 and certified copies of the following documents are to be incorporated into the severed case, Cause No. 2013-29901-A:

| Image No. | Title | Date | Pages |
|---|---|---|---|
| | Order of Severance and Final Judgment as to Stanley | 5/1/15 | 4 |
| | Joint Motion to Sever, Stay Proceedings, and for Entry of Final Judgment as to Claims Against Stanley | | |
| 64547725 | Notice of Submission of Joint Motion to Sever, Stay Proceedings, and for Entry of Final Judgment as to Claims Against Stanley | 03/09/15 | 2 |

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

| Image No. | Title | Date | Pages |
|---|---|---|---|
| 64435168 | Order for Interlocutory Summary Judgment Signed | 02/27/15 | 2 |
| 64357502 | Notice of Oral Hearing | 02/23/15 | 2 |
| 64358865 | First Amended Notice of Oral Hearing | 02/23/15 | 2 |
| 64362888 | Order Setting Hearing Signed | 02/23/15 | 1 |
| 64263077 | Notice of Oral Hearing | 02/16/15 | 2 |
| 64263079 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies LLC's Notice of Reliance of Texas Rules of Civil Procedure 193.7 | 02/16/15 | 2 |
| 64263274 | Order for Interlocutory Summary Judgment Signed | 02/16/15 | 2 |
| 64027842 | Court of Appeals First District (Correspondence) | 01/29/15 | 5 |
| 64002410 | Court of Appeals First District (Correspondence) | 01/27/15 | 5 |
| 63974316 63974317 63974318 63974319 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Motion for Final Summary Judgment on Plaintiff's Claims Pursuant to Rules 166a(b) & 166a(i) | 01/26/15 | 17 |
| 63974320 | Notice of Submission | 01/26/15 | 2 |
| 63975736 | Plaintiffs' Designation of Items to Be Included In Clerks Record | 01/26/15 | 2 |
| 63976293 | Amended Notice of Submission | 01/26/15 | 2 |
| 63976294 | Amended Notice of Submission | 01/26/15 | 2 |
| 63943830 | Plaintiff Mary Iacono's Notice of Appeal | 01/23/15 | 2 |
| 63869600 | Order for Interlocutory Summary Judgment Signed | 01/16/15 | 1 |
| 63859053 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Second Amended Answer to Plaintiff's Petition | 1/15/15 | 3 |
| 63859054 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Reply to Plaintiff's Response to Defendant's Amended Motion for Partial Summary Judgment | 1/15/15 | 5 |
| 63801773 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Designation of Expert Witnesses | 01/12/15 | 8 |
| 63788378 | Plaintiff's Fourth Amended Petition | 01/09/15 | 5 |
| 63788379 63788380 | Plaintiff's Response to Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Amended Motion for Partial Summary Judgment | 01/09/15 | 8 |
| 63631623 63631624 63631625 63631626 63631627 63631628 63631629 63631632 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's First Amended Partial Motion for Summary Judgment | 12/24/14 | 59 |
| 63190031 | Request and Notice of Oral Hearing | 11/17/14 | 1 |

| Image No. | Title | Date | Pages |
|---|---|---|---|
| 63190032 63190033 | Plaintiff's Response to Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Motion for Partial Summary Judgment | 11/17/14 | 4 |
| 63200629 63200630 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Unopposed Emergency Motion for Oral Hearing Setting on Stanley's Partial Motion for Summary Judgment | 11/17/14 | 4 |
| 63027521 63027522 63027523 63027524 63027525 63027526 63027527 63027528 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Partial Motion for Summary Judgment | 11/03/14 | 35 |
| 60856321 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's First Amended Answer to Plaintiff's Second Amended Petition | 05/19/14 | 3 |
| 60822123 60822124 60822125 60822126 60822127 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Response to Plaintiff's Motion to Compel | 05/15/14 | 19 |
| 60484346 60484347 60484349 60484350 60484351 60484352 60484353 | Plaintiff's Motion to Compel Production of Documents and Answers to Interrogatories from Defendants Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC | 04/21/14 | 33 |
| 60484337 | Notice of Hearing | 04/21/14 | 1 |
| 59330403 | Letter | 01/21/14 | 1 |
| 59308214 | Defendant's First Amended Original Answer, Special Exceptions and Cross Claims Against Defendants Stanley Access Technologies, LLC and Stanley Black & Decker, Inc. | 01/20/14 | 9 |
| 58152643 | Citation Corporate | 11/05/13 | 3 |
| 58152995 | Citation Corporate | 11/05/13 | 3 |
| 58154042 | FREEfax Cover Sheet | 11/05/13 | 1 |
| 58154120 | FREEfax Cover Sheet | 11/05/13 | 1 |
| 58051242 | FREEfax Cover Sheet | 10/29/13 | 1 |
| 57946021 | Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Original Answer to Plaintiff's Second Amended Petition | 10/23/13 | 2 |
| 57946031 | Defendants, Stanley Black & Decker, Inc. and Stanley | 10/23/13 | 2 |

| Image No. | Title | Date | Pages |
|-----------|-------|------|-------|
| | Access Technologies, LLC's Demand for Trial by Jury | | |
| 57508104 | Civil Process Pick-Up Form | 09/03/13 | 1 |
| 57112698 | Plaintiff's First Amended Petition and Request for Disclosures | 08/29/13 | 4 |
| 57112709 | Plaintiff's Second Amended Petition and Request for Disclosures | 08/29/13 | 4 |
| 56705362 | Rule 11 Agreement | 07/23/13 | 2 |

IT IS FURTHER ORDERED that because all claims in Cause No. 2013-29901-A, have been dismissed, Final Judgment is entered in favor of Defendants Stanley Black & Decker Inc. and Stanley Access Technologies, LLC, and this Court's Orders of January 16, 2015 and February 16, 2015, granting summary judgment in favor of Stanley, in combination with this Order, are final and appealable as to Stanley as of the date of this order of severance and Final Judgment.

IT IS FURTHER ORDERED that Plaintiff will bear the costs of the severance.

IT IS FURTHER ORDERED that trial of the above-captioned matter shall be stayed pending the final outcome of appeal of the claims raised against Stanley.

SO ORDERED this ___4^TH___ day of May, 2015.

JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:


/s/ Hugh J. Howerton
Hugh J. Howerton
State Bar No. 10117950
hjhowerton@comcast.net
LAW OFFICES OF HUGH J. HOWERTON
13030 Rummel Creek
Houston, Texas 77079
(713) 984-9848 (Telephone)
(713) 984-8894 (Facsimile)

*ATTORNEY FOR PLAINTIFF*
*MARY M. IACONO*

```
JUC8H (NR4#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      MAY 07, 2015(C1)
INT6510                   CIVIL CASE INTAKE               OPT: _____ - INT
                        GENERAL PARTY INQUIRY             PAGE:   1 -    1

CASE NUM: 201329901A_ PJN> __  TRANS NUM: _____ CURRENT COURT: 215 PUB? _
CASE TYPE: DAMAGES (ON PREMISES)         CASE STATUS: DISPOSED (FINAL)
STYLE: IACONO, MARY M                 VS STANLEY BLACK & DECKER INC
==============================================================================
                      **** INACTIVE PARTIES ****
 PJN   PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
 NUM    NUMBER                                         STAT
_    00003-0001 DEF 15454800 STANLEY ACCESS TECHNOLIGIES LL    PAPPAS, GEORG
_    00002-0001 DEF 15454800 STANLEY BLACK & DECKER INC        PAPPAS, GEORG
_    00001-0001 PLT 10117950 IACONO, MARY M                    HOWERTON, HUG




==> (3) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```